IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR 12 A 10: 25

28 238865

Kevin Bryant SS303 )
Full name and prison number of )
plaintiff(s) )
)
v. )   CIVIL ACTION NO. 1:06 CV334-WKW
)   (To be supplied by the Clerk of the
Judge Larry Anderson )    U.S. District Court)
)
Martin Adams )
)
Richard Hayes )
)
Jon Riley )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) Kevin Bryant I feel and hurt my back in the shower
          Defendant(s) Sgt Buckman

      2.  Court (if federal court, name the district; if state court, name the county)
          Houston

      3.  Docket No. N/A

      4.  Name of Judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Still PENDING

6. Approximate date of filing lawsuit 04/06/06

7. Approximate date of disposition 12/23/03

II. PLACE OF PRESENT CONFINEMENT Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston County Court House

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Judge Larry Anderson | Houston County Court House e. main st |
| 2. | Richard Hayes | |
| 3. | Jon Riley | |
| 4. | Martin Adams | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 12/23/03

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: They enhanced my sentence By 10 years and it was only a 3 year Base sentence

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
Richard Hayes testifyed that he Bought a 20 dollar piece of crack cocaine from me and they had me on film they never should me any film It took place on 5/20/03 on the 1200 Block of North Cherry St

-2-

GROUND TWO: he officer Richard Hayes testified that I had a tattoo on my left arm But he couldn't even tell the jury what kind it was

SUPPORTING FACTS: And then after all the charge and jury had found me guilty and then Judge Anderson called the jury back and gave me ten extra years

GROUND THREE: It was not me that sold any piece of crack cocaine to anyone

SUPPORTING FACTS: I have five kid's and I can't do anything for them, I have

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want my freedom

*Mervin Bryant*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 04/06/06
           (date)

*Mervin Bryant*
Signature of plaintiff(s)

-3-