IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-334-WKW- |
| | ) (WO) |
| LARRY ANDERSON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 18, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED; and

2. This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE the 14th day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE